UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| AJAY GAALLA, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. V-10-14 |
| § | |
| CITIZENS MEDICAL CENTER, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

On May 27, 2011, the Court issued an order in the above-styled action, in which it ordered that Plaintiffs' expert, David McGroty, shall be allowed to search e-mails retained on the Citizens' Medical Center's "first of month" preservation system. (D.E. 231.) The Court hereby clarifies the May 27, 2011 Order as follows:

(1) Mr. McGroty shall access the "first of month" preservation system at that system's present location within Citizens' Medical Center, and shall not be permitted to relocate the system to his offices, or elsewhere.

(2) Mr. McGroty's search of the "first of month" preservation system shall be limited to e-mails and any attachments thereto. Other documents or files maintained on that system shall not be searched.

SIGNED and ORDERED this 1st day of June, 2011.

_____
Janis Graham Jack
United States District Judge