IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| HARISH CHANDNA, M.D., DAKSHESH "KUMAR" PARIKH, M.D. AND AJAY GAALLA, M.D, <br>    Plaintiffs <br><br> v. <br><br> CITIZENS MEDICAL CENTER, DAVID P. BROWN, and WILLIAM TODD CAMPBELL, JR., M.D. <br>    Defendants | § § § § § § § § § § § § § § § §  CIVIL ACTION NO. 6:10-cv-14 |

## ORDER GRANTING DAVID P. BROWN'S UNOPPOSED MOTION TO CORRECT MEMORANDUM ON MOTION FOR SUMMARY JUDGMENT

Pending before the Court is the David P. Brown's Unopposed Motion to Correct Memorandum on Motion for Summary Judgment. After considering the motion, the Court concludes that the motion should be granted. It is, therefore,

**ORDERED** that David P. Brown's Motion to Correct Memorandum on Motion for Summary Judgment is hereby **GRANTED**, and that the words "desire to 'work on getting the Indians off the reservation' and" are stricken from page 15 of the Court's November 30, 2012 Memorandum and Order (D.E. 406). The Court will issue an amended Memorandum and Order.

Signed on this 2nd day of January 2013.

Hon. Gregg Costa, U.S. District Judge